**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

DENNIS LOYD NEWMAN, #335386,

        Petitioner,

v.                                                                                          ACTION NO. 2:06cv604

DIRECTOR OF THE DEPARTMENT OF
CORRECTIONS - GENE M. JOHNSON,

        Respondent.

<u>FINAL ORDER</u>

      The Court has received and filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition alleges violation of federal rights pertaining to petitioner's convictions on June 7, 2004, in the Warren County Circuit Court for driving under the influence and driving as a habitual traffic offender, as a result of which he was sentenced to serve a total of three years in the Virginia penal system.

      The petition was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. Report of the Magistrate Judge was filed on May 22, 2007, recommending dismissal of the petition. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the United States Magistrate Judge's Report and Recommendation and the time for filing same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed May 22, 2007, and it is therefore ORDERED that the petition be DENIED and DISMISSED and that judgment be entered in favor of the respondent.

The petition should be denied because the claims were previously adjudicated by the Virginia Supreme Court on the merits and none of the statutory exceptions applies that would allow this Court to review the claim on the merits.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty days from the date of entry of such judgment.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. <u>See</u> <u>Miller-El v. Cockrell</u>, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to the petitioner and to counsel of record for the respondent.

                                                      /s/ Jerome B. Friedman
                                                      UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

June 22, 2007